

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-2-2007

# Spence v. Water Revenue Bur

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1084

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Spence v. Water Revenue Bur" (2007). *2007 Decisions.* Paper 820.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/820

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

ALD-272                                        NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-1084
_____

KEVIN SPENCE,

Appellant

v.

WATER REVENUE BUREAU, City of Philadelphia

_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 06-cv-05190)
District Judge: Honorable Stewart Dalzell
_____

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
June 21, 2007

Before: SLOVITER, CHAGARES AND GREENBERG, CIRCUIT JUDGES

(Filed July 2, 2007)
_____

OPINION
_____

PER CURIAM

Appellant, Kevin Spence, proceeding pro se and in forma pauperis, appeals an

order of the United States District Court for the Eastern District of Pennsylvania

dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). The District Court

dismissed the complaint without prejudice and gave Spence an opportunity to file an amended complaint. Spence chose to commence the instant appeal rather than file an amended complaint, thereby expressing his intention to stand on his complaint as filed. The order being appealed is therefore final and appealable. See Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

We agree with the District Court that the complaint is inadequate under the notice pleading requirements of FED. R. CIV. P. 8(a). As best we can tell from the cryptic statements in the complaint, the instant suit arises from a billing dispute with the Water Revenue Bureau. However, despite affording Spence the leeway properly allowed pro se litigants, we are unable to discern the factual basis for his claims or the legal theory on which he relies. Accordingly, we will dismiss the appeal under 28 U.S.C. § 1915(e)(2)(B).